**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD-DENNIS FERLINGERE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFF J. YOUNG,<br><br>　　　　　Defendant. | CASE NO.: 3:15-CV-00415-RCJ-WGC<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#3[1]) entered on August 20, 2015, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1), the Clerk of the Court shall file the Complaint (ECF #1-1) and the Complaint be dismissed with prejudice.  On August 27, 2015,  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #5).

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on August 20, 2015, should be ADOPTED AND ACCEPTED.

　　　IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED and the Clerk of the Court shall file the Complaint (ECF #1-1).

　　　IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE.  The Clerk of the Court shall enter judgment accordingly and close this case.

　　　IT IS SO ORDERED this 28th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

[1] Refers to court's docket number.